204 S.E.2d 24 (1974)
285 N.C. 234
R. E. UPTEGRAFF MANUFACTURING COMPANY
v.
INTERNATIONAL UNION OF ELECTRICAL, RADIO, AND MACHINE WORKERS, AFL-CIO LOCAL UNION NO. 189, et al.
Supreme Court of North Carolina.
April 2, 1974.
Hubert H. Senter, for defendants.
Allsbrook, Benton, Knott, Allsbrook & Cranford, for plaintiff.
Petition for writ of certiorari by defendants to review the decision of the North Carolina Court of Appeals, 20 N.C.App. 544, 202 S.E.2d 309. Denied.